# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TERA CARRON                                                                       PLAINTIFF

V.                          NO. 3:15CV00271-JTR

CAROLYN W. COLVIN,                                                          DEFENDANT
Acting Commissioner,
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Plaintiff Tera Carron, reversing and remanding this case.

DATED THIS 20th DAY OF July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE