**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TERA CARRON                                                            PLAINTIFF

V.                            NO. 3:15CV00271-JTR

CAROLYN COLVIN,                                        DEFENDANT
Acting Commissioner,
Social Security Administration

**ORDER**

Pending before the Court is Plaintiff's Motion requesting an award of attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.[1] *Doc. 17*. The Commissioner has filed a Response. *Doc. 19*.

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total payment of $1,955.62[2] consisting of: (1) 7.55 hours of attorney work in 2015 at the adjusted hourly rate of $191.00 ($1,442.05); (2) .75 hours of attorney work in 2016 at the adjusted hourly rate of $193.00 ($144.75); (3) 4.65 hours of paralegal work at the hourly rate of $75.00 ($348.75); and (4) $20.07 in expenses. The Commissioner does not object to the requested amount.

---

[1]On July 20, 2016, the Court entered an Order and Judgment reversing the Commissioner's decision and remanding this case for further administrative proceedings. *Docs. 15, 16.*

[2]Counsel's motion incorrectly states the amount as $2,255.62. *See Doc. 18-1 at pp. 11-13* (counsel's itemization).

Accordingly, the Court concludes that Plaintiff is entitled to an award of attorney's fees and expenses under the EAJA, and that the amount requested is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees and Expenses Pursuant to the EAJA, *Doc. 17*, is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is awarded $1,955.62 in attorney's fees and expenses under the EAJA.[3]

DATED this 19th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

[3] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the care of Plaintiff's attorney at the attorney's office.